1420

[Cite as *10/30/2002 Case Announcements,* 2002-Ohio-5820.]

## CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

*October 30, 2002*

### MOTION AND PROCEDURAL RULINGS

**2002–1349.   Hooten v. Safe Auto Ins. Co.**
Hamilton App. No. C–010576. On review of order certifying a conflict. The court determines that a conflict exists. The parties are to brief the issue stated in the court of appeals' entry dated August 2, 2002:

"Must a trial court, before ruling on a motion for summary judgment under Civ.R. 56, either set an oral or non-oral hearing date or establish a cut-off date for parties to submit affidavits or materials opposing the motion?"

DOUGLAS and F.E. SWEENEY, JJ., dissent.

The conflict case is *Hall v. Klien* (Sept. 3, 1999), Wood App. No. WD–99–001, 1999 WL 682584.